The **Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
David Deivasigamani and Hazel Stanley



FILED
CLERK, U.S. DISTRICT COURT
8/3/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID DEIVASIGAMANI AND HAZEL STANLEY**<br><br>Plaintiff,<br><br>v.<br><br>**TRANSWORLD SYSTEMS, INC., F/K/A NCC BUSINESS SERVICES, INC.;**<br><br>Defendant | **Case No.:** 8:19-cv-02282-PSG-ads<br><br>[PROPOSED] JUDGMENT |

Whereas, on May 21, 2020, Plaintiffs accepted Defendant Transworld Systems Inc.'s ("TSI") Rule 68 Offer of Judgment, and filed such notice of acceptance with the Court [Dkt. 22, attached as Exhibit A].

Whereas, the accepted Rule 68 Offer of Judgment stated that Judgment shall be entered against TSI in the amount of $2,500.00, plus reasonable attorneys' fees and taxable costs incurred by Plaintiff in the action by negotiation or motion.

Whereas, the accepted Rule 68 Offer of Judgment stated that the parties were to attempt to negotiate the amount of reasonable attorneys' fees and taxable costs to be paid to Plaintiffs, and if unable to agree, that such amount would be determined

[PROPOSED] JUDGMENT · PAGE 1 OF 2

by Motion of Plaintiffs.

Whereas, the Parties successfully negotiated the amount of attorneys' fees and costs to be paid to Plaintiffs in this matter.

Whereas, TSI agreed to pay Plaintiffs $7,500.00 in attorneys' fees and costs for this matter, in addition to the $2,500.00 paid to Plaintiffs for damages, as stated in the attached accepted Rule 68 Offer of Judgment.

Whereas, the Parties have agreed that the damages amount of $2,500.00 and the attorneys' fees and costs amount of $7,500.00, shall be paid to Plaintiffs on or before August 25, 2020.

IT IS ORDERED AND ADJUDGED that in accordance with the notice of acceptance of Rule 68 Offer of Judgment filed on May 21, 2020, judgment is hereby entered in this case in favor of Plaintiff and against Defendant Transworld Systems, Inc. in the amount of $2,500.00 in damages, plus $7,500.00 in reasonable attorneys' fees and costs. Such amounts will be paid to Plaintiffs on or before August 25, 2020.

DATED: __August 3_____, 2020    _____
                                    Hon. Philip S. Gutierrez
                                    District Court Judge

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On July 28, 2020, I served the within document(s):

**NOTICE OF LODGING; [PROPOSED] JUDGMENT**

☒ CM/ECF - by transmitting electronically the documents listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☐ U.S. Mail - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beaufort County, South Carolina addressed as set forth below.

> Andrew E. Cunningham
> Sessions Fishman Nathan & Israel
> 141 W. Jackson Blvd., Suite 3550
> Chicago, IL 60604
> acunningham@sessions.legal
> Counsel for TSI

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 28, 2020, at Beaufort County, South Carolina.

BY: /S/ LAUREN B. VEGGIAN

**PROOF OF SERVICE**

# Exhibit 1

**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiffs*,
David Deivasigamani and Hazel Stanley

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID DEIVASIGAMANI AND HAZEL STANLEY;** | **Case No.:** 8:19-cv-02282-PSG-ADS |
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT** |
| **TRANSWORLD SYSTEMS, INC. F/K/A NCC BUSINESS SERVICES, INC.;** | |
| Defendants. | |

///

///

///

///

**TO THE COURT:**

Plaintiffs David Deivasigamani and Hazel Stanley, through their undersigned counsel, hereby accept Defendant Transworld Systems, Inc.'s Rule 68 Offer of Judgment, which was served on Plaintiff on May 7, 2020, via e-mail, in the amount of $2,500 for Plaintiff's damages, plus costs and reasonable attorneys' fees incurred in connection with this case either by negotiation or by motion. Said Offer of Judgment is attached hereto as Exhibit A.

Plaintiffs hereby request that the Court enter an Order of Judgment consistent with the accepted Rule 68 offer in accordance with the provisions of Federal Rule of Civil Procedure 68.

Respectfully Submitted,

**THE CARDOZA LAW CORPORATION**

DATED: May 21, 2020      BY: /s/ Lauren B. Veggian
                                                        Michael F. Cardoza, Esq.
                                                        Lauren B. Veggian, Esq.
                                                        Attorneys for Plaintiffs,
                                                        David Deivasigamani and Hazel Stanley

# EXHIBIT A

Case 8:19-cv-00282-JSG-ADS Document 42 Filed 08/03/20 Page 7 of 11 Page ID #:893

James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Transworld Systems Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEIVASIGAMANI and HAZEL STANLEY,<br><br>          Plaintiffs,<br><br>  vs.<br><br>TRANSWORLD SYSTEMS INC. F/K/A NCC BUSINESS SERVICES, INC.,<br><br>          Defendant. | Case No. 8:19-cv-02282 PSG-ADS<br><br>DEFENDANT TRANSWORLD SYSTEMS INC.'S RULE 68 OFFER OF JUDGMENT |

      Dated:     May 7, 2020

      TO:        Plaintiffs, David Deivasigamani and Hazel Stanley, through their attorney, Lauren B. Veggian, Esq., Cardoza Law Group, Market Street No. 80594, San Francisco, California 94104, lauren.veggian@cardozalawcorp.com

Defendant Transworld Systems Inc.'s Rule 68 Offer of Judgment

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Transworld Systems Inc. ("Transworld"), by and through its undersigned attorneys, hereby submits this Offer of Judgment which offers to allow judgment to be taken against it in favor of Plaintiffs, David Deivasigamani and Hazel Stanley, as follows:

Plaintiffs to recover **Two Thousand Five Hundred Dollars ($2,500.00)**, plus reasonable attorney's fees and costs to be agreed upon among the parties, or if no agreement can be made, to be determined by the Court, for all damages incurred by Plaintiffs as a result of the claims alleged against Transworld.

This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure.

Dated: 5/7/2020        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ James K. Schultz
James K. Schultz
Attorney for Defendant
Transworld Systems Inc.

ACCEPTED: /s/ James B Veggian        DATE: May 21, 2020
Counsel for David Deivasigamani

ACCEPTED: /s/ James B Veggian        DATE: May 21, 2010
Counsel for Hazel Stanley

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2020, a true and correct copy of the foregoing **Defendant Transworld Systems Inc.'s Rule 68 Offer of Judgment** was served on the party identified below by electronic mail:

**Lauren B. Veggian, Esq.**
Cardoza Law Corporation
548 Market Street No. 80594
San Francisco, California 94104
lauren.veggian@cardozalawcorp.com

*Attorney for Plaintiffs*

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ James K. Schultz*
James K. Schultz
Attorney for Defendant
Transworld Systems Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On May 21, 2020, I served the within document(s):

### NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

- ☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

- ☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego County, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 5:00 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

> Debbie Kirkpatrick
> Sessions Fishman Nathan & Israel
> 1545 Hotel Circle South, Suite 150
> San Diego, CA 92108
> dkirkpatrick@sessions.legal
> Counsel for Defendant TSI

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 21, 2020, at Beaufort County, South Carolina.

BY: /s/ LAUREN B. VEGGIAN

PROOF OF SERVICE